**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ALEX LEO LOPEZ, et al,** | § | |
| | § | **CASE NO. 4:17-cv-03077** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **INTEC COMMUNICATIONS, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

<u>**ORDER APPROVING SETTLEMENT AND CONDITIONAL ORDER OF DISMISSAL**</u>

Before the Court is the Motion for Order Approving Settlement of FLSA Claims Pursuant to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds that the settlement terms negotiated by the parties and described in their Settlement Agreement, a copy of which was attached to the Motion, are a fair and reasonable resolution of a bona fide dispute between the FLSA Class Members (*i.e.*, the Named Plaintiff and those individuals who will elect to participate in this settlement, as identified by name on Exhibit A to the Settlement Agreement) and the Defendant, that the Attorney's Fees and Expenses Payment requested in the Motion are reasonable, that the Incentive Payment requested in the Motion is reasonable, and that the settlement of the claims as to the FLSA Class Members according to the procedure set forth in the Settlement Agreement is therefore approved.

The Parties shall administer the settlement of the claims of the FLSA Class Members as set forth in the Settlement Agreement. The attorney's fees payment shall be distributed to Plaintiffs' Counsel according to the same schedule as the distribution of the settlement funds to the FLSA Class Members.

1

The Court hereby DISMISS this case without prejudice subject to reinstatement of Plaintiffs' claims if any Party represents to the Court within nine months from the date of this Order that the settlement terms were not fulfilled. The court retains jurisdiction over the Settlement Agreement. If the settlement terms are fulfilled, the Parties shall file a stipulation of dismissal with prejudice on or before. March 6, 2020.

**SO ORDERED.**

**DATE**_____

_____
**JUDGE PRESIDING**

2